FILED
2007 Sep-10 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____ALABAMA_____

ALABAMA RIVERS ALLIANCE, INC., BLACK WARRIOR
RIVERKEEPER, INC., FRIENDS OF THE MULBERRY
FORK RIVER, WILD SOUTH, NELSON BROOKE, JAMES
ROBERTSON, and PAUL PERRET,
                  Plaintiffs,
    V.

U.S. ARMY CORPS OF ENGINEERS, PETER GEREN,
in his official capacity as acting Secretary of the Army;
ROBERT L. VAN ANTWERP, in his official capacity as
Chief of Engineers in the Department of the Army; and
PETER F. TAYLOR, JR., in his official capacity as District
Engineer for the Mobile District of the U.S. Army Corps of
Engineers,
                  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-07-J-1609-NE

TO: (Name and address of Defendant)

    U.S. ARMY CORPS OF ENGINEERS
    Robert L. Van Antwerp, Chief of Engineers
    441 G. Street, NW
    Washington, DC 20314-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    DAVID A. LUDDER, ESQ.
    Law Office of David A. Ludder, PLLC
    9150 McDougal Ct.
    Tallahassee, FL 32312-4208

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK OF COURT

CLERK: _Shirley Brown_ (signature)

DATE: SEP 5 2007

(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

&AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of ALABAMA

ALABAMA RIVERS ALLIANCE, INC., BLACK WARRIOR
RIVERKEEPER, INC., FRIENDS OF THE MULBERRY
FORK RIVER, WILD SOUTH, NELSON BROOKE, JAMES
ROBERTSON, and PAUL PERRET,
Plaintiffs,
V.

U.S. ARMY CORPS OF ENGINEERS, PETER GEREN,
in his official capacity as acting Secretary of the Army;
ROBERT L. VAN ANTWERP, in his official capacity as
Chief of Engineers in the Department of the Army; and
PETER F. TAYLOR, JR., in his official capacity as District
Engineer for the Mobile District of the U.S. Army Corps of
Engineers,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV-07-J-1609-NE

TO: (Name and address of Defendant)

PETER F. TAYLOR, JR., District Engineer
Mobile District
U.S. Army Corps of Engineers
109 Saint Joseph Street
Mobile, AL 36602-3630

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID A. LUDDER, ESQ.
Law Office of David A. Ludder, PLLC
9150 McDougal Ct.
Tallahassee, FL 32312-4208

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK OF COURT

CLERK _Shirley Brown_

(By) DEPUTY CLERK

DATE  SEP 5 2007

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of ALABAMA

ALABAMA RIVERS ALLIANCE, INC., BLACK WARRIOR
RIVERKEEPER, INC., FRIENDS OF THE MULBERRY
FORK RIVER, WILD SOUTH, NELSON BROOKE,
JAMES ROBERTSON, and PAUL PERRET,
                V.  Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

U.S. ARMY CORPS OF ENGINEERS, PETER GEREN, in
his official capacity as acting Secretary of the Army;
ROBERT L. ANTWERP, in his official capacity as Chief of
Engineers in the Department of the Army; and PETER F.
TAYLOR, JR., in his official capacity as District Engineer
for the Mobile District of the U.S. Army Corps of Engineers,
                Defendants.

CASE NUMBER:

CV-07-J-1609-NE

TO: (Name and address of Defendant)

ROBERT L. VAN ANTWERP, Chief of Engineers
U.S. Army Corps of Engineers
441 G. Street, NW
Washington, DC 20314-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID A. LUDDER, ESQ.
Law Office of David A. Ludder, PLLC
9150 McDougal Ct.
Tallahassee, FL 32312-4208

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK OF COURT

CLERK    *Shirley Brown* (signature)

(By) DEPUTY CLERK

DATE    SEP 5 2007

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ALABAMA__

ALABAMA RIVERS ALLIANCE, INC., BLACK WARRIOR
RIVERKEEPER, INC., FRIENDS OF MULBERRY FORK
RIVER, WILD SOUTH, NELSON BROOKE, JAMES
ROBERTSON, and PAUL PERRET,

**SUMMONS IN A CIVIL ACTION**

V.          Plaintiffs,

U.S. ARMY CORPS OF ENGINEERS, PETER GEREN, in
his official capacity as acting Secretary of the Army;
ROBERT L. VAN ANTWERP, in his official capacity as
Chief of Engineers in the Department of the Army; and
PETER F. TAYLOR, JR., in his official capacity as District
Engineer for the Mobile District of the U.S. ARMY CORPS
OF ENGINEERS,

CASE NUMBER:

Defendants.

CV-07-J-1609-NE

TO: (Name and address of Defendant)

PETER GEREN, Acting Secretary
Department of the Army
101 Army Pentagon
Washington, D.C. 20310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID A. LUDDER, ESQ.
Law Office of David A. Ludder, PLLC
9150 McDougal Ct.
Tallahassee, FL 32312-4208

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK OF COURT

CLERK _Shirley Brown_
(By) DEPUTY CLERK

DATE  SEP 5 2007

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203