IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ALABAMA RIVERS ALLIANCE, INC., ET AL,

                Plaintiffs,

vs.                                      CIVIL ACTION NO.
                                        CV-07-J-1609-NE

U.S. ARMY CORPS OF ENGINEERS, ET AL,

                Defendants.
_____/

## DECLARATION OF SERVICE BY CERTIFIED MAIL

I, David A. Ludder, hereby declare that on September 6, 2007, I mailed a summons and complaint in this action to each defendant by certified mail, restricted delivery, and return receipt requested as indicated in each summons. On the same date, I mailed a copy of each summons and complaint to the U.S. Attorney's Office for the Northern District of Alabama and to the Attorney General of the United States. Certified mail return receipts were received for the U.S. Attorney's Office, the Attorney General, and all defendants (copies attached), save for Peter F. Taylor, Jr. who apparently resigned as District Engineer for the Mobile District of the U.S. Army Corps of Engineers prior to service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2007.

_____
DAVID A. LUDDER
ASB-4513-E63D
Attorney for Plaintiffs
Law Office of David A. Ludder, PLLC
9150 McDougal Court
Tallahassee, Florida 32312-4208
Tel: (850) 386-5671  Fax: (206) 888-5671
DavidALudder@enviro-lawyer.com

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Army Corps of Engineers
Attn: Robert L. Van Antwerp
Chief of Engineers
441 G. Street, N.W.
Washington, D.C. 20314-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

2. Article Number (Transfer from service label): CV-07-J-1609-NE
3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-0835

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert L. Van Antwerp
Chief of Engineers
U.S. Army Corps of Engineers
441 G. Street, NW
Washington, D.C. 20314-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

2. Article Number: CV-07-J-1609-NE
3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-08

---

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter Geren, Acting Secretary,
Department of the Army
101 Army Pentagon
Washington, D.C. 20310

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 12/6/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

2. Article Number: CV-07-J-1609-NE
3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-08

## Receipt 1 (top right)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

REF: PETER F. TAYLOR, JR.

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  SEP 10 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   CV-07-J-1609-NE

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label)
7005 3110 0001 3520 3629

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

## Receipt 2 (top left)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

REF: U.S. ARMY CORPS OF ENGINEERS

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  SEP 10 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   CV-07-J-1609-NE

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label)
7005 3110 0001 3520 3599

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3 (bottom right)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

REF: PETER GEREN

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  SEP 10 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   CV-07-J-1609-NE

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label)
7005 3110 0001 3520 3582

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 4 (bottom left)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

REF: ROBERT L. VAN ANTWERP

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  SEP 10 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   CV-07-J-1609-NE

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label)
7005 3110 0001 3520 3636

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1 (top-left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF ALABAMA
1810 FOURTH AVENUE, NORTH
BIRMINGHAM, AL 35203

REF: U.S. ARMY CORPS OF ENGINEERS

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — Agent / Addressee
- B. Received by (Printed Name): [signature] / C. Date of Delivery: 8/10/07
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

CV-07-J-1609-NE

2. Article Number (Transfer from service label): 7001 1940 0004 7691 1279

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2 (bottom-left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF ALABAMA
1810 FOURTH AVENUE, NORTH
BIRMINGHAM, AL 35203

REF: ROBERT L. VAN ANTWERP

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — Agent / Addressee
- B. Received by (Printed Name): [signature] / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

CV-07-J-1609-NE

2. Article Number (Transfer from service label): 7005 3110 0001 3520 3612

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3 (top-right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF ALABAMA
1810 FOURTH AVENUE, NORTH
BIRMINGHAM, AL 35203

REF: PETER GEREN

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — Agent / Addressee
- B. Received by (Printed Name): [signature] / C. Date of Delivery: 8/10/07
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

CV-07-J-1609-NE

2. Article Number (Transfer from service label): 7001 1940 0004 7691 1286

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-08...

## Receipt 4 (bottom-right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue, North
Birmingham, AL 35203

REF: PETER F. TAYLOR, JR.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — Agent / Addressee
- B. Received by (Printed Name): [signature] / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

CV-07-J-1609-NE

2. Article Number (Transfer from service label): 7005 3110 0001 3520 3605

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-08...